| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in compliance with |
| D.N.J. LBR 9004-2(c) |
| THOMAS CONNELLY, ESQUIRE |
| Thomas P. Connelly, Jr. |
| NJ Atty. No. 012562005 |
| 63 North Broad Street |
| Woodbury, NJ 08096 |
| 856.521.3771 (office) |
| 856.624.3923 (fax) |
| tpc@attorneytpc.com |
| In re: |
| EUGENE WILLIAM MOORE, |
| Debtor. |

Order Filed on October 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-24642-ABA

Chapter: 13

Hearing Date 10.25.2016

Judge: Andrew B. Altenburg, Jr.

ORDER

The relief set forth on the following page is ORDERED.

DATED: October 25, 2016

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter, having been presented to the Court by Thomas P. Connelly, Jr., for debtor, and, for good cause it is ORDERED:

1. Debtor's 341 hearing will be rescheduled for _____ _____, 2016 at _____ a.m. / p.m.

2. Debtor is granted leave to appear by telephone at the above-scheduled 341 hearing.

Dated: _____ _____
Honorable Andrew B. Altenburg, Jr.
Judge of the U.S. Bankruptcy Court,
District of New Jersey

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-24642-ABA
Eugene William Moore                                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Oct 25, 2016
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2016.
db             +Eugene William Moore,    6 Whitman Avenue,    Stratford, NJ 08084-1006
aty             Thomas P Connelly, Jr,   63 N. Broad Street,    Woodbury, NJ   08096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association As Trustee Successor in
               Interest to Bank of America, National Association, as Trustee, Successor by Merger to Lasalle
               Bank National Association as Trustee for Structured dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S.
               BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2004-8 bankruptcy@feinsuch.com
                                                                                             TOTAL: 3