THOMAS CONNELLY, ESQUIRE                   WITHDRAWING ATTORNEY FOR DEBTOR,
Thomas P. Connelly, Jr.                    EUGENE WILLIAM MOORE
NJ Atty. No. 012562005
63 North Broad Street
Woodbury, NJ 08096
856.521.3771 (office)
856.624.3923 (fax)
tpc@attorneytpc.com


                    UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF NEW JERSEY

+-----------------------------------+   Chapter 13
| In re:                            |
|                                   |   Case No. 16-24642-ABA
| EUGENE WILLIAM MOORE,             |
|                                   |   Hearing Date: 02.21.2017
|                  Debtor.          |
|                                   |   Oral Argument: Not Requested
+-----------------------------------+


                          NOTICE OF MOTION


TO:   Eugene William Moore
      6 Whitman Avenue
      Stratford, NJ 08084

      Isabel Balboa
      535 Route 38, Suite 580
      Cherry Hill, NJ 08002
      *Chapter 13 Trustee*

      US Trustee
      One Newark Center, Suite 2100
      Newark, New Jersey 07102

      Denise Carlon, Esquire
      KML Law Group, P.C.
      216 Haddon Avenue, Ste. 406
      Westmont, NJ 08108
      *Attorney for U.S. Bank National Association As Trustee Successor
      in Interest to Bank of America, National Association, as
      Trustee, Successor by Merger to Lasalle Bank National
      Association as Trustee for Structured Asset Investment Loan
      Trust Mortgage Pass-Through Certificates, series 2004-8.*

R.A. Lebron, Esquire
Fein, Such, Kahn & Shepard, P.C.
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
*Attorney for Secured Creditor Select Portfolio Servicing, Inc.,*
*as servicer for U.S. Bank National Association, as trustee for*
*the structured asset investment loan trust mortgage pass-through*
*certificates, series 2004-8.*

Andrew M. Lubin, Esquire
Milstead & Associates
1 East Stow Road
Marlton, NJ 08053
Attorney for Select Portfolio Servicing, Inc. as servicer for
U.S. Bank National Assn. as trustee for the structured asset
investment loan trust mortgage pass through certificates, series
04-00008.

PLEASE TAKE NOTICE that Thomas P. Connelly, Jr., the attorney

for debtor, Eugene W. Moore, shall move before the Honorable Andrew

B. Altenburg, Jr., United States Bankruptcy Court, 401 Market Street,

Camden, New Jersey on February 21, 2017 at 10:00 a.m. or as soon

thereafter as counsel can be heard for an order:

a.    relieving Thomas P. Connelly, Jr. as counsel for debtor.

TAKE FURTHER NOTICE that there are no complicated legal or

factual issues that exist which would benefit from the submission of

briefs.

TAKE FURTHER NOTICE that movant shall rely upon the attached

certification of Thomas P. Connelly, Jr. A proposed form of order and

certification of service are also attached.

Respectfully submitted,

THOMAS P. CONNELLY, JR.

Dated: January 29, 2017

THOMAS CONNELLY, ESQUIRE          WITHDRAWING ATTORNEY FOR DEBTOR,
Thomas P. Connelly, Jr.           EUGENE WILLIAM MOORE
NJ Atty. No. 012562005
63 North Broad Street
Woodbury, NJ 08096
856.521.3771 (office)
856.624.3923 (fax)
tpc@attorneytpc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>EUGENE WILLIAM MOORE,<br><br>                    Debtor. | Chapter 13<br><br>Case No. 16-24642-ABA<br><br>Hearing Date: 02.21.2017<br><br>Oral Argument: Not Requested |

CERTIFICATION OF THOMAS P. CONNELLY, JR.

I, THOMAS P. CONNELLY, JR., an attorney at law of the State of

New Jersey and the withdrawing attorney for the debtor, Eugene W.

Moore, of full age, certify as follows:

1.    I am fully-familiar with the facts relative to the herein

motion.

2.    I am a disabled veteran of the United States Navy, having

received a vp shunt due to hydrocephalus secondary to a brain injury

while on active duty in South Africa.

3.    This past Columbus Day weekend, the shunt malfunctioned

and I was admitted on October 11, 2016 for emergency brain surgery at

the Hospital of the University of Pennsylvania.

4.    I underwent two surgeries and was discharged October 26,

2016.

5.    Unfortunately, my convalescence has not gone entirely as hoped. I have made return visits to the ER and was kept for observation on November 13-14.

6.    I have since experienced and am presently experiencing additional complications from the surgery.

7.    In light of the foregoing, I have decided to close down my solo practice, as I am concerned about my ability to attend to my clients' matters with the competence, *see* NJ Rule of Professional Conduct 1.1, and diligence, *see* NJ Rule of Professional Conduct 1.3, required of me given my medical condition.

I certify that the above statements made by me are true. I understand that if any of the aforesaid are willfully false, I am subject to punishment.

Respectfully submitted,

THOMAS P. CONNELLY, JR.

Dated: January 29, 2017

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in compliance with<br>D.N.J. LBR 9004-2(c) | |
| THOMAS CONNELLY, ESQUIRE<br>Thomas P. Connelly, Jr.<br>NJ Atty. No. 012562005<br>63 North Broad Street<br>Woodbury, NJ 08096<br>856.521.3771 (office)<br>856.624.3923 (fax)<br>tpc@attorneytpc.com | |
| In re:<br><br>EUGENE WILLIAM MOORE,<br><br>               Debtor. | Case No. 16-24642-ABA<br><br>Chapter: 13<br><br>Hearing Date 02.21.2017<br><br>Judge: Andrew B. Altenburg, Jr. |

ORDER

The relief set forth on the following page is ORDERED.

This matter, having been presented to the Court by Thomas P.

Connelly, Jr., for good cause it is ORDERED:

    1. Thomas P. Connelly, Jr. is relieved as counsel for the debtor.


Dated: _____             _____
                                             Honorable Andrew B. Altenburg, Jr.
                                             Judge of the U.S. Bankruptcy Court,
                                             District of New Jersey

THOMAS CONNELLY, ESQUIRE          WITHDRAWING ATTORNEY FOR DEBTOR,
Thomas P. Connelly, Jr.           EUGENE WILLIAM MOORE
NJ Atty. No. 012562005
63 North Broad Street
Woodbury, NJ 08096
856.521.3771 (office)
856.624.3923 (fax)
tpc@attorneytpc.com

                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>EUGENE WILLIAM MOORE,<br><br>                    Debtor. | Chapter 13<br><br>Case No. 16-24642-ABA<br><br>Hearing Date: 02.21.2017<br><br>Oral Argument: Not Requested |

                       CERTIFICATION OF SERVICE

     1.    I, Thomas P. Connelly, Jr., an attorney at law of the

State of New Jersey and withdrawing attorney for the debtor in the

above-captioned matter, hereby certify that on January 29, 2017, I

caused the foregoing notice of motion to be relieved as counsel,

certification of Thomas P. Connelly, Jr., proposed form of order, and

this certification to be filed via electronic case filing and served

upon all counsel of record via the Court's electronic filing rules as

follows:

        Isabel Balboa
        535 Route 38, Suite 580
        Cherry Hill, NJ 08002
        *Chapter 13 Trustee*

        US Trustee
        One Newark Center, Suite 2100
        Newark, New Jersey 07102

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Attorney for U.S. Bank National Association As Trustee Successor
in Interest to Bank of America, National Association, as
Trustee, Successor by Merger to Lasalle Bank National
Association as Trustee for Structured Asset Investment Loan
Trust Mortgage Pass-Through Certificates, series 2004-8.

R.A. Lebron, Esquire
Fein, Such, Kahn & Shepard, P.C.
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
Attorney for Secured Creditor Select Portfolio Servicing, Inc.,
as servicer for U.S. Bank National Association, as trustee for
the structured asset investment loan trust mortgage pass-through
certificates, series 2004-8.

Andrew M. Lubin, Esquire
Milstead & Associates
1 East Stow Road
Marlton, NJ 08053
Attorney for Select Portfolio Servicing, Inc. as servicer for
U.S. Bank National Assn. as trustee for the structured asset
investment loan trust mortgage pass through certificates, series
04-00008.

2.    I further certify that also on January 29, 2017, I caused

to be served upon the debtor, Eugene William Moore, the aforesaid

papers by First Class U.S. Mail as follows:

Eugene William Moore
6 Whitman Avenue
Stratford, NJ 08084

3.    I certify that the foregoing statements made by me are

true.   I am aware that if any of the foregoing statements made by me

are willfully false, I am subject to punishment.

Respectfully submitted,

THOMAS P. CONNELLY, JR.

Dated: January 29, 2017