| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in compliance with<br>D.N.J. LBR 9004-2(c) | Order Filed on February 21, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| THOMAS CONNELLY, ESQUIRE<br>Thomas P. Connelly, Jr.<br>NJ Atty. No. 012562005<br>63 North Broad Street<br>Woodbury, NJ 08096<br>856.521.3771 (office)<br>856.624.3923 (fax)<br>tpc@attorneytpc.com | |
| In re:<br><br>EUGENE WILLIAM MOORE,<br><br>        Debtor. | Case No. 16-24642-ABA<br><br>Chapter: 13<br><br>Hearing Date 02.21.2017<br><br>Judge: Andrew B. Altenburg, Jr. |

ORDER

The relief set forth on the following page is ORDERED.

DATED: February 21, 2017

*(signature)*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter, having been presented to the Court by Thomas P. Connelly, Jr., for good cause it is ORDERED:

1. Thomas P. Connelly, Jr. is relieved as counsel for the debtor.


Dated: _____          _____
                                Honorable Andrew B. Altenburg, Jr.
                                Judge of the U.S. Bankruptcy Court,
                                District of New Jersey