| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in compliance with D.N.J. LBR 9004-2(c) |
|---|
| THOMAS CONNELLY, ESQUIRE<br>Thomas P. Connelly, Jr.<br>NJ Atty. No. 012562005<br>63 North Broad Street<br>Woodbury, NJ 08096<br>856.521.3771 (office)<br>856.624.3923 (fax)<br>tpc@attorneytpc.com |
| In re:<br><br>EUGENE WILLIAM MOORE,<br><br>    Debtor. |

Order Filed on February 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-24642-ABA

Chapter: 13

Hearing Date 02.21.2017

Judge: Andrew B. Altenburg, Jr.

ORDER

The relief set forth on the following page is ORDERED.

DATED: February 21, 2017

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter, having been presented to the Court by Thomas P. Connelly, Jr., for good cause it is ORDERED:

1. Thomas P. Connelly, Jr. is relieved as counsel for the debtor.

Dated: _____          _____
                               Honorable Andrew B. Altenburg, Jr.
                               Judge of the U.S. Bankruptcy Court,
                               District of New Jersey

United States Bankruptcy Court
District of New Jersey

In re:  
Eugene William Moore  
    Debtor

Case No. 16-24642-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 21, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2017.  
db          +Eugene William Moore,    6 Whitman Avenue,    Stratford, NJ 08084-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2017 at the address(es) listed below:

         Andrew M. Lubin    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com  
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association As Trustee Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to Lasalle Bank National Association as Trustee for Structured dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8 bankruptcy@feinsuch.com  
         Thomas Patrick Connelly, Jr    on behalf of Debtor Eugene William Moore tpc@attorneytpc.com  
                                                                                           TOTAL: 6