Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 16−24642−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eugene William Moore
   aka Gino Moore
   6 Whitman Avenue
   Stratford, NJ 08084

Social Security No.:
   xxx−xx−0464

Employer's Tax I.D. No.:

### NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/24/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 24, 2017
JAN: bc

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Eugene William Moore  
    Debtor

Case No. 16-24642-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Mar 24, 2017  
                      Form ID: 148        Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db             +Eugene William Moore,   6 Whitman Avenue,    Stratford, NJ 08084-1006
516315114      +Comcast Corporation,   Comcast Center,    1701 JFK Blvd,   Philadelphia, PA 19103-2899
516315116      New Jersey American Water,   PO Box 371331,   Pittsburgh, PA 15250-7331
516434260     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516315115      +South Jersey Gas Co,    1 South Jersey Plaza,    Folsom, NJ 08037-9100
516315113      +State of New Jersey,   Department of Treasury,    Division of Taxation,    1828 West Lake Avenue,
                 3rd Floor,   Neptune, NJ 07753-4663
516512351      U.S. Bank National Association, as Trustee,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
516315112      US Bank, NA Home Mortgage,   PO Box 468002,    Bedford, OH 44146-8002
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 24 2017 19:52:06    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 24 2017 19:52:03    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516315117     +E-mail/Text: bankruptcy@pepcoholdings.com Mar 24 2017 19:51:46    Atlantic City Electric,
                 PO Box 13610,   Philadelphia, PA 19101-3610
516331320      E-mail/Text: bankruptcy@pepcoholdings.com Mar 24 2017 19:51:46
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
516315111      EDI: CHASE.COM Mar 24 2017 19:33:00    JP Morgan Chase Bank NA,    PO Box 44090,
                 Jacksonville, FL 32231-4090
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S.
               BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2004-8 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association As Trustee Successor in
               Interest to Bank of America, National Association, as Trustee, Successor by Merger to Lasalle
               Bank National Association as Trustee for Structured dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S.
               BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2004-8 bankruptcy@feinsuch.com
                                                                                              TOTAL: 5
```